1

2

3

4    # UNITED STATES DISTRICT COURT

5    EASTERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7    MARQUISE DEANGELO LOFTIS, | Case No.  1:23-cv-01149-KES-BAM (PC) |
| 8              Plaintiff, | ORDER STRIKING FIRST AMENDED COMPLAINT |
| 9        v. | ORDER TO RESUBMIT FIRST AMENDED |
| 10   DUSTIN WHITE, *et al.*, | COMPLAINT DUE TO MISSING LINES |
| 11             Defendants. | (ECF No. 12) |
| 12 | **THIRTY (30) DAY DEADLINE** |

13

14         Plaintiff Marquise Deangelo Loftis ("Plaintiff") is a former state prisoner proceeding *pro*

15   *se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This case was recently reassigned to

16   the undersigned.  The Court screened Plaintiff's complaint and granted Plaintiff leave to amend.

17   On November 12, 2025, Plaintiff filed a first amended complaint.

18         In preparing to screen the first amended complaint, the Court noted an apparent copying

19   error.  The pages of the first amended complaint are sequentially numbered, but the beginning of

20   paragraph 4 is missing from the copy of the first amended complaint filed with the Court.

21   Paragraphs 1, 2, and 3 (on page 1) appear to be complete.  But page 2 starts with an incomplete

22   paragraph and continues with paragraphs 5, 6, 7, and 8.  The beginning of paragraph 4 is missing.

23   It appears that the first line of pages 1 and 2 of the complaint were cut off when the pages were

24   printed, and the Court does not have the complete version of the first amended complaint.  In

25   abundance of caution, the Court will grant leave to refile the first amended complaint.  **Plaintiff is**

26   **warned that if Plaintiff continues to submit documents with copying errors, the Court will**

27   **review only the information that is actually received by the Court.**

28   ///

1

1    Based on the foregoing, it is HEREBY ORDERED that:

2    1.  The first and amended complaint is STRICKEN as incomplete, (ECF No. 12);

3    2.  Plaintiff is GRANTED leave to file a complete version of the first amended complaint,

4    within **thirty (30) days** from the date of service of this order; and

5    3.  **If Plaintiff fails to comply with this order, the Court will recommend dismissal of**

6    **this action, without prejudice, for failure to obey a court order and for failure to**

7    **prosecute**.

8

9    IT IS SO ORDERED.

10    Dated:   **November 13, 2025**          /s/ *Barbara A. McAuliffe*         _

11                                    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28