**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARQUISE DEANGELO LOFTIS, | Case No. 1:23-cv-01149 KES BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING ACTION PROCEED ON COGNIZABLE CLAIMS |
| v. | |
| DUSTIN WHITE, *et al.*, | Doc. 15 |
| Defendants. | |

Marquise Deangelo Loftis, a former state prisoner, asserts his civil rights were violated while he was incarcerated at Corcoran State prison. Doc. 14. The magistrate judge screened the amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Loftis stated cognizable claims for: (1) excessive force against Dustin White, Y. Acosta, A. Rocha, R. Hernandez, and Moreno; (2) failure to protect against T. Chao, E. Magallanes, and P. Herleman; and (3) deliberate indifference of medical need against A. Rodriguez. Doc. 15 at 4-6. The magistrate judge found Loftis did not state a claim related to an alleged falsified report. *Id.* at 6. The magistrate judge recommended the action proceed on the cognizable claims. *Id.* at 6-7.

On March 24, 2026, the Court served the findings and recommendations on Loftis and informed him that any objections were due within 14 days. Doc. 15 at 7. The Court also advised Loftis that failure to file timely objections may result in the waiver of rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Loftis did not file objections.

1

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.  The Court **ORDERS**:

1.    The findings and recommendations issued on March 24, 2026 (Doc. 15) are **ADOPTED** in full.

2.    This action **SHALL** proceed <u>only</u> on the following claims, as stated in the first amended complaint:

a.    excessive force against defendants Dustin White, Y. Acosta, A. Rocha, R. Hernandez, and Moreno;

b.    failure to protect against defendants T. Chao, E. Magallanes, and P. Herleman; and

c.    deliberate indifference of medical need against A. Rodriguez.

3.    All other claims are **DISMISSED** from this action.

4.    This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    April 20, 2026

_____
UNITED STATES DISTRICT JUDGE

2