# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARQUISE DEANGELO LOFTIS,

            Plaintiff,

    v.

DUSTIN WHITE, *et al.*,

            Defendants.

Case No.  1:23-cv-01149-KES-BAM (PC)

ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT

(ECF No. 24)

Plaintiff Marquise Deangelo Loftis ("Plaintiff") is a former state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's first amended complaint against Defendants Dustin White, Y. Acosta, A. Rocha, R. Hernandez, and Moreno for excessive force, against Defendants T. Chao, E. Magallanes, and P. Herleman for failure to protect, and against A. Rodriguez for deliberate indifference of medical need, in violation of the Eighth Amendment.

Currently before the Court is the stipulation of Plaintiff and Defendants T. Chao, R. Hernandez, Y. Acosta, E. Magallanes, D. White, P. Herleman, and A. Rocha to extend the time for Defendants to respond to the complaint, filed June 29, 2026.[1]  (ECF No. 24.)  According to the stipulation, defense counsel seeks a 60-day extension of time to review Plaintiff's central file

---

[1] Defendants Moreno and A. Rodriguez have not yet been served with the summons and amended complaint.

1

and administrative grievances to determine a course of action and prepare and file a response to the first amended complaint.  (*Id.*)

Having considered the stipulation, the Court finds good cause to grant the requested extension of time.  Fed. R. Civ. P. 6(b).  The Court further finds that Plaintiff will not be prejudiced by the extension requested here.

Accordingly, it is HEREBY ORDERED that:

1.  The joint stipulation to extend Defendants' time to respond to complaint, (ECF No. 24) is GRANTED;

2.  Defendants T. Chao, R. Hernandez, Y. Acosta, E. Magallanes, D. White, P. Herleman, and A. Rocha shall file and serve a response to the first amended complaint on or before August 28, 2026.

IT IS SO ORDERED.

Dated:    **June 30, 2026**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE